UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MELVIN CLARENCE HALL, Dallas Cnty. Jail Booking No. 19055663, § § § *Plaintiff*, § § v. § § JOHN DOE, § § *Defendant*. § | § § § § § § § § § § § § | Civil Action No. 3:21-cv-1398-X |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 10th day of September, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE